

Alfons D'Auria

420 Lexington Avenue, Suite 1830
New York, New York 10170
Tel: 212.392.4772
alfons@lipskylowe.com

www.lipskylowe.com

September 7, 2020

**VIA ECF**
The Honorable Robert M. Levy, U.S.M.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**    **Alvarenga v. Jomar Car Wash Corp. et al**
             **Docket No.: 19-cv-6169 (EK)(RML)**

Dear Judge Levy:

      Kindly accept this letter correspondence as the undersigned's application to withdraw as attorney of record for Plaintiff(s) in the above referenced action. The reason for the instant application is that I am no longer an associate at the law firm of Helen F. Dalton & Associates, P.C.

      As of August 26, 2020, I have been an associate of Lipsky Lowe LLP. The Plaintiff(s) will continue to be represented by attorneys of record from the law firm of Helen F. Dalton & Associates, P.C.

      Accordingly, I respectfully request that the Court grant my application to withdraw as counsel of record for the Plaintiff(s) and instruct the Clerk of the Court to remove me from any applicable service list and to terminate the delivery of all CM/ECF notices to me in the above-referenced action.

Thank you for your time and consideration of this instant request.

                            Respectfully submitted

                            /s/ Alfons D'Auria
                            Alfons D'Auria

cc:      All Counsel of Record (Via ECF)