UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROBERTO ALVARENGA, individually and on behalf of all others similarly situated,

                        Plaintiffs,

   -against-

JOMAR CAR WASH CORP., and JOSE PIRES, as an individual,

                        Defendants.
-------------------------------------------------------------------X

Stipulation of Discontinuance as to all Defendants Without Prejudice

19-CV-6169 (EK)(RML)

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, as against all Defendants, without prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure.

Dated: November 12, 2020
       Kew Gardens, New York

_____
Roman Avshalumov, Esq.
Helen F. Dalton & Associates, P.C.
Attorneys for Plaintiff
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415

_____
Nils Shillito, Esq.
Stephen D. Hans & Associates, P.C.
Attorneys for Defendants
30-30 Northern Boulevard, Suite 401
Long Island City, NY 11101


**SO ORDERED**

_____
Hon. District Judge Eric R. Komitee

This ___ day of _____, 2020